JACOB KEUR, Individually and Doing Business under the Name of C. KEUR & SONS, Appellant, *v.* PROMINENT BULB COMPANY et al., Respondents, et al., Defendants.

Submitted January 3, 1955; decided January 6, 1955.

*Joseph M. Paley* for motion.

*George A. Burrell* opposed.

Motion denied. Appellant directed to file a brief, if any, on or before January 20, 1955. Case set down for argument during the first week of the February, 1955, session of the Court of Appeals. (*County of Erie* v. *Continental Cas. Co.*, 295 N. Y. 690.) [See 307 N. Y. 830.]